

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| JOEL GARCIA, | § | No. 08-19-00274-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D00100) |
|  | § |  |

# O RDER

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **March 7, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Erika C. Wright, Official Court Reporter for the 210th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before March 7, 2020.

IT IS SO ORDERED this 26th day of February 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.